

30000-9789

**Anthony Eugene Budreau**

320 South Charles Street Suite 121

Lewisville Texas [75067]

# DISTRICT COURT OF THE UNITED STATES

# FOR THE DISTRICT OF TEXAS

# NORTHERN DIVISION

**CUSIP ATTACHING NUMBER** _____

8-23CV0711-C

Donald John Trump, President of the United States of America

Gregg Abbott, OFFICE OF THE GOVERNOR OF STATE OF TEXAS

ANTHONY EUGENE BUDREAU-VESSEL

by Anthony Eugene Budreau (I a living man)

v.

THE STATE OF TEXAS (an Enterprise/Corporation) DUNS XXXXX7595 for patterns and practices of fraud, and deceptive trade practices, and child trafficking and genocide

Ken Paxton in is private and professional capacity

Elizabeth Garza in her private and professional capacity

Jennifer Jyl Farnkoff in her private capacity

Gregg Mattison Gibbs in his private and professional capacity

___

### PLAINTIFF'S FIRST COMPLAINT & TRIAL BY JURY AT COMMON LAW DEMAND

___

### I.   INTRODUCTION AND STATEMENT OF CLAIMS

BEFORE ME, the undersigned authority on this day personally appeared, affiant, who being by me duly sworn, deposes and says an oath as follows:

That this sworn affidavit is made as a matter of record as my right in my own proper person under the constitution of the United States of America and Texas constitution this affidavit of truth must be enforced as a judgment by any law enforcement office and the County Sheriff and all civil servants, if these facts go unrebutted.

1. Now comes, Demandant: Anthony Eugene Budreau, bringing this written paper in equity as First Complaint in Federal Court to enforce a common law court judgment see US 7th Amendment, 1st Amendment rights of redress, and the Full Faith and Credit Clause of the United States Constitution Art IV Section 1, requires that a court give full faith and credit to the public acts, records, and judicial proceedings of every other state.

2. I am a living Texian, American National man created in the image of YHWH see Genesis 1:26-28 I am a non-employee of the UNITED STATES Corporation, non-14th Amendment Citizen.

3. I, Anthony Eugene Budreau have corrected my status per 8 USC 1101 a 21 and 23 once I realized the 14th Amendment citizen (U.S. Citizen) is considered a: *"dead civil entity"* see congressional Record June 13, 1967 pp15641-15646.

4. I am diverse (under alienage jurisdiction) from the Defendant and bring this cause of action against THE STATE OF TEXAS, Elizabeth Garza and Ken Paxton, Attorney General of the STATE OF TEXAS, Gregg Mattison Gibbs, other Defendants since STATE OF TEXAS, its agents, contractors and subcontractors are corporations and suable as "PERSONS."

5. All Defendants herein are ***U.S. Citizens*** and are sued herein to enforce the common law republic of Texas court judgments.

6. STATE OF TEXAS Article 1 courts have caused severe trespass of my YHWH-given rights and the rights of other living men and women and denied all remedy available, therefore we the People of the republic of Texas have created a remedy

of a common law courts to hear the living men and women's controversies, render judgments and enforce our judgments.

7. The Defendants herein have breached their fiduciary duty to protect my YHWH-given rights, I am entitled to immediate injunctive relief from the Article 1 Courts monetizing causes of action to gain securities through fraud using the magistrates ISLN number which results in extreme profits from denial of justice, and denial of any remedy.

8. I am a non-resident alien) to the corporation as a living being with flesh, blood and a soul, a creation of YHWH.

9. My rights come from YHWH, He is my judge, lawgiver and my king (see Isaiah 33:22).

10. I, Anthony Eugene Budreau, file this suit for enforce my right to a remedy in equity from the trespass created by the STATE OF TEXAS (an Enterprise) known as a subcontractor for THE UNITED STATES (see 28 U.S, Code 3002 Section 15 (a)(b)).

1. I demand my YHWH-given rights codified in U.S. Constitution 7th Amendment *right to trial by jury at common law* which I need enforcement of see **EXHIBIT "A"** And the matter is res judicata and is entitled to the same full faith and credit as guaranteed by the United States of America. *"The judgment of a court of record whose jurisdiction is final, is as conclusive on all the world as the judgment of this court would be. It is as conclusive on this court as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it." Ex parte Watkins, 3 Pet., at 202-203. [cited by SCHNECKLOTH v BUSTAMONTE, 412 U.S. 218, 255 (1973)].*

11. Under Article 1 Section 13 of the Texas bill of rights, I "*shall have remedy by due course of law,*" Article 1 Section 27, I *have the right to redress my grievance,*

and I have power to create a remedy when one has been subverted and hidden from me as a MAXIM OF LAW.

12. I invoke the U.S. Constitution Bill of Rights 5th Amendment *"Takings Clause"*, because my property my biological YHWH-given property and liberty is/was taken without due process, I am entitled to *just compensation* clearly established since December 15, 1791.

13. I invoke Texas Bill of rights Article 1 Section 28, *"no power of suspending laws in this State shall be exercised except by the Legislature."* clearly established Feb 15, 1876.

14. The enforcement of a judgment of common law court judgment is a remedy I am executing consistent with the Uniform Enforcement of Foreign Judgments Act" or UEFJA, see also 28 USC 1963 *"permits a judgment creditor to register his or her judgment in another state by simply filing a copy of the judgment with the clerk of the registering court."*

15. I invoke Texas Bill of Rights Article 1 Section 29 *"the Texas Bill of Rights, is excepted out of the general powers of government…any laws contrary thereto, or to the following provisions, shall be **void**"* clearly established Feb 15, 1876.

16. I have wrongly been labeled a (U.S. citizen, slave) and have been terrorized by void judgments rendered by an Article 1 Courts depriving me of my children without due process, the largest Racketeering operation on the planet.

17. My liberty interest in living my life in peace, and terrorized by the loss of my children has tethered me to an abusive court magistrate violating her oath of office who profits from and refuses to protect my YHWH-given rights in order to continue the securities fraud see Federal criminal Code 18 USC 1348 sold out the backdoor of the court house.

18. Under treaty *International covenant on civil and political rights* I have been restrained in my liberty and demand relief and restitution for the 2+ years of terrorizing and profiteering from the trafficking of my children.
19. I invoke U.S. Constitution Article VI as the *law of the land* and as treaty between Texas and the United States.
20. I have sent notice by affidavit to magistrate Piper McCraw three times my sworn facts have gone unrebutted the dates sent to her: March 18th 2022, RA 304 312 656 US, then again April 22, 2022 RF 304 312 775 US and July 5, RF 304 314 113 US.
21. I have filed the same affidavit of Truth, and fact, notice of liability regarding trespass, fee schedule, notice of claim and intent. The Dates were May 16, 2022 RF 304 312 761US then again June 6 2022 RF 304 312 599 US and again November 7, 2022, RF 304 315 431 US
22. I mailed my Affidavit of truth and fact, to Jennifer Jyl Farnkoff and Erik James Farnkoff my Notice of Intent with Penalty Fee for vaccinations of my children against my consent, sent registered mail RA 183 815 499 December 9th 2022 and again December 30th 2022 RA 183 815 511 US and Another December 30th, 2022 RA 183 815 508 US.
23. All facts to these parties has gone unrebutted, I brought my unrebutted affidavits to the Republic of Texas common Law court, paid my filing fee with silver coin, the clerk sent notice to all parties who had opportunity to appear and defend their actions, yet never responded to suit.
24. The Republic of Texas men and women rendered a final judgment in my favor. See **EXHIBIT "A"** I am the judgment creditor and demand all writs of execution, and attachment, and the immediate return of my children, including a restitution award in redemption consistent with this final Judgment from the living men and

women of the republic of Texas clearly established by treaty with Mexico since 1835.

25. **I have been denied access to my children since April/May 2022.**

26. My trustees have denied my life, liberty and pursuit of happiness and continually trespass upon me and my children, I demand immediate relief remedy and restitution for my severe and unending injuries.

27. Due to the fraud and swindle against my and my children's trust I demand a full accounting, and claim all securities, funds, proceeds, interest and reversionary interest as exclusively mine and my children's due to the bad faith, unclean hands, and breach of fiduciary duty of my trustees.

I desire/ demand the attached common Law court judgment be enforced immediately and U.S. Marshalls use what ever force necessary to ensure my and my children's protection and return them to me and enforce the restitution award of the republic of Texas common law court for my injuries.

All my sworn facts are true and correct to the best of my memory and all statements are made in good faith and sworn to under penalty of perjury in common law.

I reserve all my God-given rights, my autograph, my seal

By: *Anthony-Eugene; Budreau*

By: *Anthony Eugene Budreau*, Executor/Beneficiary of the

ANTHONY EUGENE BUDREAU, trust

320 South Charles St. Lewisville, Texas Republic [75067]

state of Texas

Before me, _Ronald S Frey_, a notary public, on this day personally appeared Anthony Eugene Budreau, showed me necessary identification. I witnessed his autograph on this document on __3__ day, month of __April__ year of our Lord 2023.

_Ronald S. Frey_   Commission expires _10-27-2026_

Public Notary                     seal

[Notary seal: RONALD STEWART FREY, NOTARY PUBLIC, STATE OF TEXAS, ID 134037594, EXP. 10-27-2026]

00002296

Filed For Record
Mar 16,2022 at 08:48A

Pam Harrison
County Clerk, Cooke CO. TX

By ___BL___
Deputy Clerk

*Certified True Copy of Original By: Anthony-Eugene; Budreau*

## Republic of Texas
## Our One Supreme Court

Common Law Venue; Original and Exclusive Jurisdiction
A Superior court sitting with the Power of a Circuit and United States District Court in and for Robertson County de jure, Republic of Texas, a Sovereign Nation under God the Creator established in 1835 by Treaty with Mexico, And under treaty with The United States of America and under United States bill of rights first and seventh, ninth and tenth Amendments and Texas Bill of rights Article 1 section 1 and section 2, 13, and section 27.

### Cause number 3076703152022

**Anthony Eugene Budreau, (Demandant)**

v.

**Elizabeth Garza d/b/a Child Support Officer (Respondent) a for profit corporation Duns number 093535487**

ATTORNEY GENERAL OF TEXAS CHILD SUPPORT DIVISION

We the people of Texas have the authority under the The United States of America and under United States bill of rights first and fifth, seventh, ninth and tenth Amendments and Texas Bill of rights Article 1 section 1 and section 2, 13, 19 and section 27. And the following facts shall not be re examined by any court in the united States of America.

We the jurors, Texian Americans who are not 14th Amendment slave-class U.S. citizens ruled on the following FACTS and find the following facts to be true and correct and are entitled to a judgment as a matter of law, as a MAXIM OF LAW.

**JURISDICTION:** We find the STATE OF TEXAS has No Jurisdiction over the Republic of Texas (the real de jure government). The facts of "Lack of jurisdiction over the Republic of Texas final judgments" had been previously ruled by TEXAS SUPREME COURT in Cause number 95-1001 and 95-1002. (1995) which is consistent with the United States Constitution 7th Amendment.

1. FACT: Anthony Eugene Budreau, (Demandant) is a living man, a Texian American, who lives on the soil in the great Nation of the Republic Texas; he explicitly claims all unalienable natural birth rights eternally, thereby has. status of Diplomat with diplomatic immunity.
2. FACT: Anthony Eugene Budreau, paid his filing fee for this Common law Court with four Republic of Texas minted, 1 Troy ounce .999 silver coin(s).
3. FACT: Anthony Eugene Budreau, has served the Respondent Elizabeth Garza d/b/a CHILD SUPPORT Officer by registered mail 4 times, and all facts have gone unrebutted.
4. FACT: Martinez Process Service LLC On March 11, 2022 at 2:45 pm central standard time, at 400 South Zang Blvd, Suite 1100, Dallas Texas 75208 attempted to serve *notice of hearing* to Elizabeth Garza through a supervisor Karen Young (senior regional attorney) who willfully and intentionally denied service process to attend this court hearing, thus we find that Karen Young obstructed justices, and is subject to criminal referral.
5. FACT: Respondent Elizabeth Garza, child support officer, works for the ATTORNEY GENERAL Duns # XXXXX5487, of the JUDICIARY

COURTS OF THE STATE OF TEXAS Duns # XXXXX5683 (both are for-profit corporations).

6. FACT: Anthony Eugene Budreau, put the Respondent Elizabeth Garza on notice that he explicitly claims all his unalienable natural birth rights eternally, thereby he had status of Diplomat with diplomatic immunity.

7. FACT: Anthony Eugene Budreau has suffered from coercive slavery, without his consent. USC 13th Amendment forbids coercive slavery, and Federal Criminal Code forbids Coercive slavery 18 USC 1583, 84, 85. Anthony Eugene Budreau is under duress to pay a debt he does NOT owe, the debt, interest and fees is created by the STATE OF TEXAS under the guise of child support and is a fraudulent claim filed in commerce.

8. FACT: Anthony Eugene Budreau has been threatened with jail confinement for a debt by the STATE OF TEXAS, and the Judiciary Courts of the state of Texas including 469th COLLIN COUNTY COURT at 2100 Bloomdale Road, McKinney Texas.

9. FACT: We find the Texas Bill of Rights Article 1 Section 18 prohibits debtors' prison of the Texas men and women. *"NO person shall ever be imprisoned for debt."* We find the STATE OF TEXAS and the 469th COLLIN COURT are acting contrary to the Texas Constitution thus act without jurisdiction or authority.

10. FACT: Anthony Eugene Budreau, has been deprived of visitations with his offspring multiple times by his former wife.

11. FACT: Anthony Eugene Budreau, does support his children with love, care, housing, clothing and food while in his care.

12. FACT: Anthony Eugene Budreau, is entitled to relief, remedy, and restitution under Texas Bill of Rights Article 1 Section 13, and 27 from the fraudulent

    attempt of coercive debt slavery.

13. FACT: We the men, and women jurors (the *judge of the facts*, See Article 1 Section 8 of Texas Bill of Rights) find Anthony Eugene Budreau is entitled to emergency injunctive relief from coercive debt slavery.

14. FACT: We the men and women jurors find that Anthony Eugene Budreau is entitled to economic restitution as a crime victim for the fraud perpetuated upon him in the form of coercive slavery, mail fraud, mail threats, emotional distress, mental anguish, defamation of character unauthorized communication, legal research, miscellaneous costs to pursue remedy is entitled to $798,006.75  This judgment is rendered in favor of Anthony Eugene Budreau, and rendered against the STATE OF TEXAS, ELIZABETH GARZA, SHARON FORBES, The 469 DISTRICT CLERK OF COLLIN COUNTY, LYNNE FINLEY and DEPUTY TAYLER ELLIFF.

15. ENFORCEMENT: We the men and women of the Republic of Texas render a final judgement rendering justice and honor and right-doing, and application to facts which must be protected and enforced in all courts and by all civil servants who hold a Texas and United States Constitution oath of office.

So agreed all these facts are true and correct and entitled to relief, restitution and remedy at common law _15th_ day of _March_ 2022

By Robertson County, Republic of Texas common law court clerk _____

Per curiam _Misty Koch_         Per curiam _David Strawright_
Per curiam _____      Per curiam _____
Per curiam _Linda Capuano_      Per curiam _Melanie Fletcher_
Per curiam _____      Per curiam _Kelly Powell_
Per curiam _Dawn Taylor_        Per curiam _Paul-Robert: Anch_
Per curiam _Tod Ramsey_         Per curiam _Lamm Judy-Darnell; ford_

I, notary public, on this day _15th March 2022_ appeared before me, I can see ~~she is~~ they are alive, ~~she~~ and showed me necessary identification. I witnessed ~~his~~ their authorization on this document on _15th_ day, month of _March_ year of our Lord _2022_.

_Donna S Cartwright_     Commission expires
Public Notary            Seal  _9/3/24_

[Notary Seal: DONNA CARTWRIGHT, Notary Public, State of Texas, Comm. Expires 09-03-2024, Notary ID 10482373]

by _____ witness

by _Jodi Mueller_ witness

Robertson County common law court of Republic of Texas, Cause number 3076703152022
Page 5 of 5