IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANTHONY EUGENE BUDREAU, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:23-CV-00380-SDJ-CAN |
| v. | § § | |
| THE STATE OF TEXAS, ET AL., | § § § | |
| Defendants. | § | |

### ORDER

Pending before the Court is Defendants Jennifer Jyl Farnkoff and Gregg Mattison Gibbs's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) [Dkt. 6]. *Pro se* Plaintiff Anthony Eugene Budreau shall file a response to Defendants' Motion [Dkt. 6] no later than **Monday, May 15, 2023, at 5:00 p.m.**

**IT IS SO ORDERED**.
**SIGNED this 1st day of May, 2023.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE

ORDER – Page Solo